UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

STUART RAFER, *et al.*,

    Plaintiffs,
v.                               CASE No: 8:09-cv-109-T-33TGW

JOSEPH A. PURSLEY,

    Defendant.
_____/

### ORDER

This matter is before the Court pursuant to *pro se* Defendant Joseph A. Pursley's Request for Additional Time to File Joint Case Management Report (Doc. # 23), filed on May 11, 2009. Defendant's Request will be denied as moot.

On May 5, 2009, the Court entered a FLSA Scheduling Order. (Doc. # 22). The FLSA Scheduling Order waives the previously imposed requirement that the parties file a joint Case Management Report. Plaintiffs and Defendant are directed to review the FLSA Scheduling Order (Doc. # 22) and to comply with the deadlines set forth therein in a timely manner.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED**:

Defendant Joseph A. Pursley's Request for Additional Time to File Joint Case Management Report (Doc. # 23) is **DENIED AS**

**MOOT**.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>19th</u> day of May, 2009.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:

All Counsel and Parties of Record